

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Isaac Jerald Jackson,

\* From the 244th District Court
of Ector County,
Trial Court No. C-22-0521-CR.

Vs. No. 11-22-00286-CR

\* January 18, 2024

The State of Texas,

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.